# EXHIBIT 1

5

CAUSE NO. 200655176

RECEIPT NO. 297186
10-09-2006

PLAINTIFF: RUSSIAN ENERGY ADVISORS L L C
   vs.
DEFENDANT: ATLAS PETROLEUM INTERNATIONAL LIMITED

In the 334th
Judicial District Court
of Harris County, Texas
334TH DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE)

THE STATE OF TEXAS
County of Harris

TO: EZE, ARTHUR BY SERVING THE SECRETARY OF STATE OF TEXAS
    1019 BRAZOS STREET  AUSTIN TEXAS 78701
    FORWARD TO:

    4 AKIN OLUGBADE STREET  OFFIDOWU MARTINS STREET VICTORIA ISLAND  LAGOS  NIGERIA

    Attached is a copy of FIRST AMENDED ORIGINAL PETITION

This instrument was filed on the 9th day of October, 2006, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 23rd day of October, 2006, under my hand and
seal of said Court.

Issued at request of:
ALLEN, BRANDON TRENT
1100 LOUISIANA #5300
HOUSTON, TX 77002
Tel: (713) 650-8805
Bar No.: 24009353

( Seal )

CHARLES BACARISSE, District Clerk
Harris County, Texas
201 Fannin      Houston, Texas 77002
(P. O. Box 4651, Houston, Texas 77210)

_M Braden_

Deputy BRADEN, MADELYN MARI 4JU/YP3/7665058

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ .M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____   copy(ies) of the
                                                                            Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____

SEE ATTACHED    AFFIDAVIT OF CERTIFIED
                   MAIL SERVICE

_____ of _____ County, Texas

_____
        Affiant

By _____
              Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
        Notary Public

N.INT.SEC.P

CAUSE NO. 2006-55176

| | | |
|---|---|---|
| RUSSIAN ENERGY ADVISORS L.L.C. | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ATLAS PETROLEUM INTERANTIONAL, | § | |
| LIMITED; ORANTO PETROLEUM | § | |
| LIMITED and ARTHUR EZE | § | |
| DEFENDANTS | § | 334th JUDICIAL DISTRICT |

## AFFIDAVIT OF CERTIFIED MAIL SERVICE

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day appeared JANICE M. MISZKOWSKI, and stated under oath as follows:

1.     My name is JANICE M. MISZKOWSKI. I am over the age of eighteen (18). I am not a party to this case. I have never been convicted of any felony. In my capacity as paralegal, I am a representative of a party (the Plaintiff) and authorized by Texas Civil Practice & Remedies Code § 17.026 to serve citation on the Secretary of State of Texas, as agent for Defendant Arthur Eze, as described more fully below. I am in all ways competent to make this affidavit and this affidavit is based on my personal knowledge. The facts stated herein are true and correct.

2.     On October 26, 2006 at 4:00 p.m. the Plaintiff's First Amended Original Petition and Citation (Secretary of State) came to hand. These instruments named Arthur Eze as a defendant therein.

3.     On October 27, 2006, at 6:00 p.m. the above named documents were placed in the United States mail for delivery to the Secretary of State of Texas, as agent for Arthur Eze, addressed as follows: The Office of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box 12079, Austin, Texas 78711-2079. Said delivery was made via United States first class, certified mail, return receipt requested.

4.     On October 31, 2006, the above named documents were received by the Secretary of State of Texas, as agent for Arthur Eze, via United States first class, certified mail, return receipt requested, at the Office of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box

12079, Austin, Texas 78711-2079, as reflected by the return receipt card, attached as Exhibit "A," which was executed by a duly authorized agent of the Secretary of State of Texas.

5.      On November 7, 2006, I received from the Secretary of State of Texas a Certificate of Service, attached hereto as Exhibit "B," certifying that the Secretary of State of Texas received the Citation and Plaintiff's First Amended Original Petition on October 31, 2006 and forwarded them on November 6, 2006, via registered mail, to Arthur Eze, at the address indicated in Exhibit "B."

6.      This affidavit, along with the accompanying documents comprising the return of service, is being filed with the clerk of the above-captioned court on November 14, 2006.

FURTHER AFFIANT SAYETH NOT.

_____
JANICE M. MISZKOWSKI, AFFIANT

On this day, JANICE M. MISZKOWSKI, known to me to be the person whose signature appears on the foregoing Affidavit, personally appeared. After being by me duly sworn, she stated that the Citation was executed by her in the exact manner recited in this Affidavit.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 14th day of November 2006 to attest witness my hand and seal of office.



SUSAN A. BISHOP-BROWN
Notary Public, State of Texas
My Commission Expires 11-08-2010

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* DOUG BENNIGHT MAIL & MESSENGER SERVICE C. Date of Delivery OCT 3 1 2006 TEXAS BUILDING & PROCUREMENT COMMISSION |
| 1. Article Addressed to:<br>Office of the Secretary of State<br>Statutory Documents Section - Citations Unit<br>P. O. Box 12079<br>Austin, Tx 78711-2079 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7001 0360 0003 2817 9362 |

| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-01-M-2509 |

---



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JM iszkowski

**GIBBS & BRUNS, L.L.P.**
Attorneys At Law
1100 Louisiana, Suite 5300
Houston, Texas 77002

53343-1
10/27/06



020



**EXHIBIT**

A



# The State of Texas

## Secretary of State

### 2007-128230-2

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's First Amended Original Petition in the cause styled:

    Russian Energy Advisors LLC VS Atlas Petroleum International Limited
    334th Judicial District Court Of Harris County, Texas
    200655176

was received by this office on October 31, 2006, and that a copy was forwarded on November 6, 2006, by REGISTERED MAIL, return receipt requested to:

    Arthur Eze
    4 Akin Olugbade Street
    Offidowu Martins Street
    Victoria Island
    Lagos
    Nigeria

Date issued: November 6, 2006

*Roger Williams*

Roger Williams
Secretary of State
ST/vo



**EXHIBIT**

**B**



I, Charles Bacarisse, District Clerk of Harris
County, Texas, certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ December 15, 2006 _____

Certified Document Number: 25262120 (Total Pages 5)

CHARLES BACARISSE, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

5

CAUSE NO. 200655176

RECEIPT  NO. 297186
10-09-2006

PLAINTIFF: RUSSIAN ENERGY ADVISORS L L C
vs.
DEFENDANT: ATLAS PETROLEUM INTERNATIONAL LIMITED

In the  334th
Judicial District Court
of Harris County, Texas
334TH DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: ORANTO PETROLEUM LIMITED BY SERVING THE SECRETARY OF STATE OF TEXAS
    1019 BRAZOS AUSTIN TEXAS 78701
    FORWARD TO:


    4 AKIN OLUGBADE STREET  OFFIDOWU MARTINS STREET VICTORIA ISLAND  LAGOS  NIGERIA

    Attached is a copy of FIRST AMENDED ORIGINAL PETITION

This instrument was filed on the 9th day of October, 2006, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 23rd day of October, 2006, under my hand and
seal of said Court.

Issued at request of:
ALLEN, BRANDON TRENT
1100 LOUISIANA #5300
HOUSTON, TX 77002
Tel: (713) 650-8805
Bar No.: 24009353

CHARLES BACARISSE, District Clerk
Harris County, Texas
301 Fannin    Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

_____
Deputy BRADEN, MADELYN MARI 4JU/YP3/7665058

OFFICER/AUTHORIZED PERSON RETURN

Received on the _____ day of _____, _____, at _____ o'clock _____ .M., and

executed the same in _____ County, Texas, on the _____ day of _____, _____, at

_____ o'clock _____.M., by summoning the _____,

          by delivering to _____, in person _____

a corporation <
          by leaving in the principal office during office hours

_____ of the said _____

a true copy of this notice, together with accompanying copy of

Serving _____ copy _____ $ _____ .     SEE ATTACHED     AFFIDAVIT OF CERTIFIED
                                                                      MAIL SERVICE

_____           By _____
          Affiant                                           Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.


_____
                                          Notary Public

N.INT.SECCN.P

CAUSE NO. 2006-55176

| | | |
|---|---|---|
| RUSSIAN ENERGY ADVISORS L.L.C. | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ATLAS PETROLEUM INTERANTIONAL, | § | |
| LIMITED; ORANTO PETROLEUM | § | |
| LIMITED and ARTHUR EZE | § | |
| DEFENDANTS | § | 334th JUDICIAL DISTRICT |

## AFFIDAVIT OF CERTIFIED MAIL SERVICE

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day appeared JANICE M. MISZKOWSKI, and stated under oath as follows:

1.     My name is JANICE M. MISZKOWSKI. I am over the age of eighteen (18). I am not a party to this case. I have never been convicted of any felony. In my capacity as paralegal, I am a representative of a party (the Plaintiff) and authorized by Texas Civil Practice & Remedies Code § 17.026 to serve citation on the Secretary of State of Texas, as agent for Defendant Oranto Petroleum Limited, as described more fully below. I am in all ways competent to make this affidavit and this affidavit is based on my personal knowledge. The facts stated herein are true and correct.

2.     On October 26, 2006 at 4:00 p.m. the Plaintiff's First Amended Original Petition and Citation (Secretary of State Corporate Non-Resident) came to hand. These instruments named Oranto Petroleum Limited as a defendant therein.

3.     On October 27, 2006, at 6:00 p.m. the above named documents were placed in the United States mail for delivery to the Secretary of State of Texas, as agent for Oranto Petroleum Limited, addressed as follows: The Office of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box 12079, Austin, Texas 78711-2079. Said delivery was made via United States first class, certified mail, return receipt requested.

4.     On October 31, 2006, the above named documents were received by the Secretary of State of Texas, as agent for Oranto Petroleum Limited, via United States first class, certified mail, return receipt requested, at the Office

of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box 12079, Austin, Texas 78711-2079, as reflected by the return receipt card, attached as Exhibit "A," which was executed by a duly authorized agent of the Secretary of State of Texas.

5.      On November 7, 2006, I received from the Secretary of State of Texas a Certificate of Service, attached hereto as Exhibit "B," certifying that the Secretary of State of Texas received the Citation and Plaintiff's First Amended Original Petition on October 31, 2006 and forwarded them on November 6, 2006, via registered mail, to Oranto Petroleum Limited, at the address indicated in Exhibit "B."

6.      This affidavit, along with the accompanying documents comprising the return of service, is being filed with the clerk of the above-captioned court on November 14, 2006.

FURTHER AFFIANT SAYETH NOT.

JANICE M. MISZKOWSKI, AFFIANT

On this day, JANICE M. MISZKOWSKI, known to me to be the person whose signature appears on the foregoing Affidavit, personally appeared. After being by me duly sworn, she stated that the Citation was executed by her in the exact manner recited in this Affidavit.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 14th day of November 2006 to attest witness my hand and seal of office.

SUSAN A. BISHOP-BROWN
Notary Public, State of Texas
My Commission Expires 11-08-2010

NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X ☐ Agent ☐ Addressee |
|  | B. Received (Printed Name)    C. Date of Delivery  DOUG BENWIGH &MESSENGER SERVICE |
| 1. Article Addressed to:  Office of the Secretary of State Statutory Documents Section – Citations Unit P. O. Box 12079 Austin, Tx  78711-2079 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No  MAIL   OCT 3 1 2006  TEXAS BUILDING & PROCUREMENT COMMISSION |
|  | 3. Service Type ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number *(Transfer from service label)*    7001 0360 0003 2817 9362 | |
| PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509 | |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JM iszkowski

**GIBBS & BRUNS, L.L.P.**
**Attorneys At Law**
1100 Louisiana, Suite 5300
Houston, Texas 77002

53343-1
10/27/06

020

**EXHIBIT**

A



# The State of Texas

## Secretary of State

2007-128230-5

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's First Amended Original Petition in the cause styled:

    Russian Energy Advisors LLC VS Atlas Petroleum International Limited
    334th Judicial District Court Of Harris County, Texas
    200655176

was received by this office on October 31, 2006, and that a copy was forwarded on November 6, 2006, by REGISTERED MAIL, return receipt requested to:

    Oranto Petroleum Limited
    4 Akin Olugbade Street
    Offidowu Martins Street
    Victoria Island
    Lagos
    Nigeria

Date issued: November 6, 2006

Roger Williams
Secretary of State
ST/vo

**EXHIBIT**

**B**



I, Charles Bacarisse, District Clerk of Harris
County, Texas, certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____December 15, 2006_____

Certified Document Number: __25262118__ (Total Pages 5)

*Charles Bacarisse*

CHARLES BACARISSE, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. 200655176

RECEIPT NO. 297186
10-09-2006

PLAINTIFF: RUSSIAN ENERGY ADVISORS L L C
vs.
DEFENDANT: ATLAS PETROLEUM INTERNATIONAL LIMITED

Judicial District Court
of Harris County, Texas
334TH DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: ATLAS PETROLEUM INTERNATIONAL LIMITED BY SERVING THE SECRETARY OF
STATE OF TEXAS 1019 BRAZOS STREET AUSTIN TEXAS 78701
FORWARD TO:

4 AKIN OLUGBADE STREET  OFFIDOWU MARTINS STREET VICTORIA ISLAND  LAGOS  NIGERIA

Attached is a copy of FIRST AMENDED ORIGINAL PETITION

This instrument was filed on the 9th day of October, 2006, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED,  You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 23rd day of October, 2006, under my hand and
seal of said Court.

Issued at request of:
ALLEN, BRANDON TRENT
1100 LOUISIANA #5300
HOUSTON, TX 77002
Tel: (713) 650-8805
Bar No.: 24009353

CHARLES BACARISSE, District Clerk
Harris County, Texas
301 Fannin      Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

BY _____
Deputy BRADEN, MADELYN MARI 4JU/YP3/7665058

OFFICER/AUTHORIZED PERSON RETURN

    Received on the ____ day of _____, _____, at _____ o'clock ____ .M., and

executed the same in _____ County, Texas, on the ____ day of _____, _____, at

_____ o'clock _____.M., by summoning the _____,

        by delivering to _____, in person _____

a corporation <
        by leaving in the principal office during office hours

_____ of the said _____

a true copy of this notice, together with accompanying copy of

Serving _____ copy _____ $ _____     SEE ATTACHED     AFFIDAVIT OF CERTIFIED
                                                                  MAIL SERVICE

                                                 By _____
_____
            Affiant                                         Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                                 _____
                                                        Notary Public

N.INT.SECCN.P

CAUSE NO. 2006-55176

| | | |
|---|---|---|
| RUSSIAN ENERGY ADVISORS L.L.C. | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ATLAS PETROLEUM INTERANTIONAL, | § | |
| LIMITED; ORANTO PETROLEUM | § | |
| LIMITED and ARTHUR EZE | § | |
| DEFENDANTS | § | 334th JUDICIAL DISTRICT |

## AFFIDAVIT OF CERTIFIED MAIL SERVICE

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day appeared JANICE M. MISZKOWSKI, and stated under oath as follows:

1.      My name is JANICE M. MISZKOWSKI. I am over the age of eighteen (18). I am not a party to this case. I have never been convicted of any felony. In my capacity as paralegal, I am a representative of a party (the Plaintiff) and authorized by Texas Civil Practice & Remedies Code § 17.026 to serve citation on the Secretary of State of Texas, as agent for Defendant Atlas Petroleum International Limited, as described more fully below. I am in all ways competent to make this affidavit and this affidavit is based on my personal knowledge. The facts stated herein are true and correct.

2.      On October 26, 2006 at 4:00 p.m. the Plaintiff's First Amended Original Petition and Citation (Secretary of State Corporate Non-Resident) came to hand. These instruments named Atlas Petroleum International Limited as a defendant therein.

3.      On October 27, 2006, at 6:00 p.m. the above named documents were placed in the United States mail for delivery to the Secretary of State of Texas, as agent for Atlas Petroleum International Limited, addressed as follows: The Office of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box 12079, Austin, Texas 78711-2079. Said delivery was made via United States first class, certified mail, return receipt requested.

4.      On October 31, 2006, the above named documents were received by the Secretary of State of Texas, as agent for Atlas Petroleum International

Limited, via United States first class, certified mail, return receipt requested, at the Office of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box 12079, Austin, Texas 78711-2079, as reflected by the return receipt card, attached as Exhibit "A," which was executed by a duly authorized agent of the Secretary of State of Texas.

5.      On November 7, 2006, I received from the Secretary of State of Texas a Certificate of Service, attached hereto as Exhibit "B," certifying that the Secretary of State of Texas received the Citation and Plaintiff's First Amended Original Petition on October 31, 2006 and forwarded them on November 6, 2006, via registered mail, to Atlas Petroleum International Limited, at the address indicated in Exhibit "B."

6.      This affidavit, along with the accompanying documents comprising the return of service, is being filed with the clerk of the above-captioned court on November 14, 2006.

FURTHER AFFIANT SAYETH NOT.


JANICE M. MISZKOWSKI, AFFIANT

    On this day, JANICE M. MISZKOWSKI, known to me to be the person whose signature appears on the foregoing Affidavit, personally appeared.  After being by me duly sworn, she stated that the Citation was executed by her in the exact manner recited in this Affidavit.

    SWORN TO AND SUBSCRIBED BEFORE ME, on this 14th day of  November 2006 to attest witness my hand and seal of office.


NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

SUSAN A. BISHOP-BROWN
Notary Public, State of Texas
My Commission Expires 11-08-2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Secretary of State
Statutory Documents Section – Citations Unit
P. O. Box 12079
Austin, Tx 78711-2079

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

DOUG BENKNIGHT
MESSENGER SERVICE

OCT 31 2006

MAIL & CONTRACTS
TEXAS BUILDING &
PROCUREMENT COMMISSION

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
   (Transfer from service label)

7001 0360 0003 2817 9362

PS Form 3811, August 2001         Domestic Return Receipt         102595-01-M-2509

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JM iszkowski

**GIBBS & BRUNS, L.L.P.**
Attorneys At Law
1100 Louisiana, Suite 5300
Houston, Texas 77002

53343-1
10/27/06

020     |||..||...||||...||..||.|.|..|..|||.|.|.|.|..|.|||

**EXHIBIT**

**A**



# The State of Texas

## Secretary of State

2007-128230-3

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's First Amended Original Petition in the cause styled:

Russian Energy Advisors LLC VS Atlas Petroleum International Limited
334th Judicial District Court Of Harris County, Texas
200655176

was received by this office on October 31, 2006, and that a copy was forwarded on November 6, 2006, by REGISTERED MAIL, return receipt requested to:

Atlas Petroleum International Limited
4 Akin Olugbade Street
Offidowu Martins Street
Victoria Island
Lagos
Nigeria

Date issued: November 6, 2006

Roger Williams
Secretary of State
ST/vo

**EXHIBIT**

B



I, Charles Bacarisse, District Clerk of Harris
County, Texas, certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ December 15, 2006 _____

Certified Document Number: 25262116 (Total Pages 5) _____

*Charles Bacarisse*

CHARLES BACARISSE, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. 200655176

RECEIPT NO. 297186
10-09-2006

PLAINTIFF: RUSSIAN ENERGY ADVISORS L L C
vs.
DEFENDANT: ATLAS PETROLEUM INTERNATIONAL LIMITED

In THE ........
Judicial District Court
of Harris County, Texas
334TH DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: EZE, ARTHUR BY SERVING THE SECRETARY OF STATE OF TEXAS
    1019 BRAZOS STREET  AUSTIN TEXAS 78701
    FORWARD TO:

    4 AKIN OLUGBADE STREET  OFFIDOWU MARTINS STREET VICTORIA ISLAND  LAGOS  NIGERIA

    Attached is a copy of FIRST AMENDED ORIGINAL PETITION

This instrument was filed on the 9th day of October, 2006, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 23rd day of October, 2006, under my hand and
seal of said Court.

Issued at request of:
ALLEN, BRANDON TRENT
1100 LOUISIANA #5300
HOUSTON, TX 77002
Tel: (713) 650-8805
Bar No.: 24009353

CHARLES BACARISSE, District Clerk
Harris County, Texas
301 Fannin        Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

BY _____
   Deputy BRADEN, MADELYN MARI 4JU/YP3/7665058

STATE OF _____
                              OFFICER/AUTHORIZED PERSON RETURN
County of _____

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

        SEE ATTACHED   AFFIDAVIT OF CERTIFIED          _____
                       MAIL SERVICE                      Affiant/Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                            _____
                                            Notary Public

N.INT.SECN.P

CAUSE NO. 2006-55176

| | | |
|---|---|---|
| RUSSIAN ENERGY ADVISORS L.L.C. | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ATLAS PETROLEUM INTERANTIONAL, | § | |
| LIMITED; ORANTO PETROLEUM | § | |
| LIMITED and ARTHUR EZE | § | |
| DEFENDANTS | § | 334th  JUDICIAL DISTRICT |

## AFFIDAVIT OF CERTIFIED MAIL SERVICE

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY  OF  HARRIS | § |

BEFORE ME, the undersigned authority, on this day appeared JANICE M. MISZKOWSKI, and stated under oath as follows:

1.     My name is JANICE M. MISZKOWSKI. I am over the age of eighteen (18). I am not a party to this case. I have never been convicted of any felony. In my capacity as paralegal, I am a representative of a party (the Plaintiff) and authorized by Texas Civil Practice & Remedies Code § 17.026 to serve citation on the Secretary of State of Texas, as agent for Defendant Arthur Eze, as described more fully below. I am in all ways competent to make this affidavit and this affidavit is based on my personal knowledge. The facts stated herein are true and correct.

2.     On October 26, 2006 at 4:00 p.m. the Plaintiff's First Amended Original Petition and Citation (Secretary of State Non-Resident) came to hand. These instruments named Arthur Eze as a defendant therein.

3.     On October 27, 2006, at 6:00 p.m. the above named documents were placed in the United States mail for delivery to the Secretary of State of Texas, as agent for Arthur Eze, addressed as follows: The Office of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box 12079, Austin, Texas 78711-2079. Said delivery was made via United States first class, certified mail, return receipt requested.

4.     On October 31, 2006, the above named documents were received by the Secretary of State of Texas, as agent for Arthur Eze, via United States first class, certified mail, return receipt requested, at the Office of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box

12079, Austin, Texas 78711-2079, as reflected by the return receipt card, attached as Exhibit "A," which was executed by a duly authorized agent of the Secretary of State of Texas.

5.      On November 7, 2006, I received from the Secretary of State of Texas a Certificate of Service, attached hereto as Exhibit "B," certifying that the Secretary of State of Texas received the Citation and Plaintiff's First Amended Original Petition on October 31, 2006 and forwarded them on November 6, 2006, via registered mail, to Arthur Eze, at the address indicated in Exhibit "B."

6.      This affidavit, along with the accompanying documents comprising the return of service, is being filed with the clerk of the above-captioned court on November 14, 2006.

FURTHER AFFIANT SAYETH NOT.


                                    _____
                                    JANICE M. MISZKOWSKI, AFFIANT


        On this day, JANICE M. MISZKOWSKI, known to me to be the person whose signature appears on the foregoing Affidavit, personally appeared.  After being by me duly sworn, she stated that the Citation was executed by her in the exact manner recited in this Affidavit.

        SWORN TO AND SUBSCRIBED BEFORE ME, on this 14th day of November 2006 to attest witness my hand and seal of office.


                                    _____
                                    NOTARY PUBLIC IN AND FOR THE
                                    STATE OF TEXAS

SUSAN A. BISHOP-BROWN
Notary Public, State of Texas
My Commission Expires 11-08-2010

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X     ☐ Agent<br>    ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>DOUG BENNIGHT<br>MAIL & MESSENGER SERVICE |
| 1. Article Addressed to:<br>Office of the Secretary of State<br>Statutory Documents Section – Citations Unit<br>P. O. Box 12079<br>Austin, Tx  78711-2079 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>OCT 31 2006<br>TEXAS BUILDING &<br>PROCUREMENT COMMISSION |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7001 0360 0003 2817 9362 |
| PS Form 3811, August 2001     Domestic Return Receipt | 102595-01-M-2509 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JM iszkowski

**GIBBS & BRUNS, L.L.P.**
Attorneys At Law
1100 Louisiana, Suite 5300
Houston, Texas 77002

53343-1
10/27/06

020

**EXHIBIT**

A



# The State of Texas

## Secretary of State

2007-128230-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's First Amended Original Petition in the cause styled:

    Russian Energy Advisors LLC VS Atlas Petroleum International Limited
    334th Judicial District Court Of Harris County, Texas
    200655176

was received by this office on October 31, 2006, and that a copy was forwarded on November 6, 2006, by REGISTERED MAIL, return receipt requested to:

    Arthur Eze
    4 Akin Olubade Street
    Offidwu Martins Street
    Victoria Island
    Lagos
    Nigeria

Date issued: November 6, 2006

Roger Williams
Secretary of State
ST/vo

**EXHIBIT**

B



I, Charles Bacarisse, District Clerk of Harris
County, Texas, certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____December 15, 2006_____

Certified Document Number: ____25262121____ (Total Pages 5)

*Charles Bacarisse*

CHARLES BACARISSE, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CAUSE NO. 200655176

RECEIPT  NO. 297186
10-09-2006

PLAINTIFF: RUSSIAN ENERGY ADVISORS L L C
vs.
DEFENDANT: ATLAS PETROLEUM INTERNATIONAL LIMITED

In The Matter...
Judicial District Court
of Harris County, Texas
334TH DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE FOREIGN CORPORATION)

THE STATE OF TEXAS
County of Harris

TO: ORANTO PETROLEUM LIMITED BY SERVING THE SECRETARY OF STATE OF TEXAS
1019 BRAZOS AUSTIN TEXAS 78701
FORWARD TO:

4 AKIN OLUGBADE STREET  OFFIDOWU MARTINS STREET VICTORIA ISLAND  LAGOS  NIGERIA

Attached is a copy of FIRST AMENDED ORIGINAL PETITION

This instrument was filed on the 9th day of October, 2006, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 23rd day of October, 2006, under my hand and seal of said Court.

Issued at request of:
ALLEN, BRANDON TRENT
1100 LOUISIANA #5300
HOUSTON, TX 77002
Tel: (713) 650-8805
Bar No.: 24009353

CHARLES BACARISSE, District Clerk
Harris County, Texas
201 Fannin      Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Deputy BRADEN, MADELYN MARY 4JU/YP3/7665058

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ .M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____.M., on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____      copy(ies) of the
                                                                     Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____

SEE ATTACHED    AFFIDAVIT OF CERTIFIED
MAIL SERVICE

_____ of _____ County, Texas

_____                    By _____
       Affiant                                        Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
Notary Public

N.INT.SECC.P

CAUSE NO. 2006-55176

| | | |
|---|---|---|
| RUSSIAN ENERGY ADVISORS L.L.C. | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ATLAS PETROLEUM INTERANTIONAL, | § | |
| LIMITED; ORANTO PETROLEUM | § | |
| LIMITED and ARTHUR EZE | § | |
| DEFENDANTS | § | 334th  JUDICIAL DISTRICT |

## AFFIDAVIT OF CERTIFIED MAIL SERVICE

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY  OF  HARRIS | § |

BEFORE ME, the undersigned authority, on this day appeared JANICE M. MISZKOWSKI, and stated under oath as follows:

1.     My name is JANICE M. MISZKOWSKI. I am over the age of eighteen (18). I am not a party to this case. I have never been convicted of any felony. In my capacity as paralegal, I am a representative of a party (the Plaintiff) and authorized by Texas Civil Practice & Remedies Code § 17.026 to serve citation on the Secretary of State of Texas, as agent for Defendant Oranto Petroleum Limited, as described more fully below. I am in all ways competent to make this affidavit and this affidavit is based on my personal knowledge. The facts stated herein are true and correct.

2.     On October 26, 2006 at 4:00 p.m. the Plaintiff's First Amended Original Petition and Citation (Secretary of State Corporate Foreign Corporation) came to hand. These instruments named Oranto Petroleum Limited as a defendant therein.

3.     On October 27, 2006, at 6:00 p.m. the above named documents were placed in the United States mail for delivery to the Secretary of State of Texas, as agent for Oranto Petroleum Limited, addressed as follows: The Office of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box 12079, Austin, Texas 78711-2079. Said delivery was made via United States first class, certified mail, return receipt requested.

4.     On October 31, 2006, the above named documents were received by the Secretary of State of Texas, as agent for Oranto Petroleum Limited, via United States first class, certified mail, return receipt requested, at the Office

of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box 12079, Austin, Texas 78711-2079, as reflected by the return receipt card, attached as Exhibit "A," which was executed by a duly authorized agent of the Secretary of State of Texas.

5.      On November 7, 2006, I received from the Secretary of State of Texas a Certificate of Service, attached hereto as Exhibit "B," certifying that the Secretary of State of Texas received the Citation and Plaintiff's First Amended Original Petition on October 31, 2006 and forwarded them on November 6, 2006, via registered mail, to Oranto Petroleum Limited, at the address indicated in Exhibit "B."

6.      This affidavit, along with the accompanying documents comprising the return of service, is being filed with the clerk of the above-captioned court on November 14, 2006.

FURTHER AFFIANT SAYETH NOT.


_____
JANICE M. MISZKOWSKI, AFFIANT


        On this day, JANICE M. MISZKOWSKI, known to me to be the person whose signature appears on the foregoing Affidavit, personally appeared.  After being by me duly sworn, she stated that the Citation was executed by her in the exact manner recited in this Affidavit.

        SWORN TO AND SUBSCRIBED BEFORE ME, on this 14th day of November 2006 to attest witness my hand and seal of office.


SUSAN A. BISHOP-BROWN
Notary Public, State of Texas
My Commission Expires 11-08-2010

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   DOUG KNIGHT MESSENGER SERVICE   C. Date of Delivery |

1. Article Addressed to:

Office of the Secretary of State
Statutory Documents Section - Citations Unit
P. O. Box 12079
Austin, Tx  78711-2079

MAILED BY: DOUG KNIGHT MESSENGER SERVICE

OCT 3 1 2006

TEXAS BUILDING & PROCUREMENT COMMISSION

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)

7001 0360 0003 2817 9362

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



• Sender: Please print your name, address, and ZIP+4 in this box •

JM Iszkowski

**GIBBS & BRUNS, L.L.P.**
Attorneys At Law
1100 Louisiana, Suite 5300
Houston, Texas 77002

53343-1
10/27/06

020

EXHIBIT

A



# The State of Texas

## Secretary of State

2007-128230-6

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's First Amended Original Petition in the cause styled:

Russian Energy Advisors LLC VS Atlas Petroleum International Limited
334th Judicial District Court Of Harris County, Texas
200655176

was received by this office on October 31, 2006, and that a copy was forwarded on November 6, 2006, by REGISTERED MAIL, return receipt requested to:

Oranto Petroleum Limited
4 Akin Olugbade Street
Offidowu Martins Street
Victoria Island
Lagos
Nigeria

Date issued: November 6, 2006

*Roger Williams*

Roger Williams
Secretary of State
ST/vo

**EXHIBIT**

B



I, Charles Bacarisse, District Clerk of Harris
County, Texas, certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ December 15, 2006 _____

Certified Document Number: ____ 25262119 (Total Pages 5)

CHARLES BACARISSE, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. 200655176

RECEIPT  NO. 297186
10-09-2006

PLAINTIFF: RUSSIAN ENERGY ADVISORS L L C
   vs.
DEFENDANT: ATLAS PETROLEUM INTERNATIONAL LIMITED

In the 334th
Judicial District Court
of Harris County, Texas
334TH DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE FOREIGN CORPORATION)

THE STATE OF TEXAS
County of Harris

TO: ATLAS PETROLEUM INTERNATIONAL LIMITED BY SERVING THE SECRETARY OF
STATE OF TEXAS 1019 BRAZOS STREET AUSTIN TEXAS 78701
FORWARD TO:

4 AKIN OLUGBADE STREET  OFFIDOWU MARTINS STREET VICTORIA ISLAND  LAGOS  NIGERIA

Attached is a copy of FIRST AMENDED ORIGINAL PETITION

This instrument was filed on the 9th day of October, 2006, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued on 23rd day of October, 2006, under my hand and seal of said Court.

Issued at request of:
ALLEN, BRANDON TRENT
1100 LOUISIANA #5300
HOUSTON, TX 77002
Tel: (713) 650-8805
Bar No.: 24009353

CHARLES BACARISSE, District Clerk
Harris County, Texas
201 Fannin     Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

BY
Deputy BRADEN, MADELYN MARI 4JU/YP3/7665058

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____ .M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock _____.M., on the ____ day of _____,

_____, by delivering to _____ defendant, in person, a
true copy of this Citation together with the accompanying _____ copy(ies) of the
Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

Fee: $_____

SEE ATTACHED   AFFIDAVIT OF CERTIFIED
MAIL SERVICE

_____ of _____ County, Texas

_____     By _____
Affiant                                        Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
Notary Public

N.INT.SECC.P

CAUSE NO. 2006-55176

| | | |
|---|---|---|
| RUSSIAN ENERGY ADVISORS L.L.C. | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ATLAS PETROLEUM INTERANTIONAL, | § | |
| LIMITED; ORANTO PETROLEUM | § | |
| LIMITED and ARTHUR EZE | § | |
| DEFENDANTS | § | 334th JUDICIAL DISTRICT |

## AFFIDAVIT OF CERTIFIED MAIL SERVICE

THE STATE OF TEXAS    §
                                        §
COUNTY OF HARRIS    §

BEFORE ME, the undersigned authority, on this day appeared JANICE M. MISZKOWSKI, and stated under oath as follows:

1.    My name is JANICE M. MISZKOWSKI. I am over the age of eighteen (18). I am not a party to this case. I have never been convicted of any felony. In my capacity as paralegal, I am a representative of a party (the Plaintiff) and authorized by Texas Civil Practice & Remedies Code § 17.026 to serve citation on the Secretary of State of Texas, as agent for Defendant Atlas Petroleum International Limited, as described more fully below. I am in all ways competent to make this affidavit and this affidavit is based on my personal knowledge. The facts stated herein are true and correct.

2.    On October 26, 2006 at 4:00 p.m. the Plaintiff's First Amended Original Petition and Citation (Secretary of State Foreign Corporation) came to hand. These instruments named Atlas Petroleum International Limited as a defendant therein.

3.    On October 27, 2006, at 6:00 p.m. the above named documents were placed in the United States mail for delivery to the Secretary of State of Texas, as agent for Atlas Petroleum International Limited, addressed as follows: The Office of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box 12079, Austin, Texas 78711-2079. Said delivery was made via United States first class, certified mail, return receipt requested.

4.    On October 31, 2006, the above named documents were received by the Secretary of State of Texas, as agent for Atlas Petroleum International

Limited, via United States first class, certified mail, return receipt requested, at the Office of the Secretary of State, Statutory Documents Section – Citations Unit, P. O. Box 12079, Austin, Texas 78711-2079, as reflected by the return receipt card, attached as Exhibit "A," which was executed by a duly authorized agent of the Secretary of State of Texas.

5.     On November 7, 2006, I received from the Secretary of State of Texas a Certificate of Service, attached hereto as Exhibit "B," certifying that the Secretary of State of Texas received the Citation and Plaintiff's First Amended Original Petition on October 31, 2006 and forwarded them on November 6, 2006, via registered mail, to Atlas Petroleum International Limited, at the address indicated in Exhibit "B."

6.     This affidavit, along with the accompanying documents comprising the return of service, is being filed with the clerk of the above-captioned court on November 14, 2006.

FURTHER AFFIANT SAYETH NOT.

_____
JANICE M. MISZKOWSKI, AFFIANT

On this day, JANICE M. MISZKOWSKI, known to me to be the person whose signature appears on the foregoing Affidavit, personally appeared.  After being by me duly sworn, she stated that the Citation was executed by her in the exact manner recited in this Affidavit.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 14th day of  November 2006 to attest witness my hand and seal of office.



SUSAN A. BISHOP-BROWN
Notary Public, State of Texas
My Commission Expires 11-08-2010

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Office of the Secretary of State
Statutory Documents Section – Citations Unit
P. O. Box 12079
Austin, Tx   78711–2079

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   DOUG BERNHIGHT   MESSENGER SERVICE   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

MAIL DOME
OCT 31 2006
TEXAS BUILDING &
PROCUREMENT COMMISSION

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

**2. Article Number**
(Transfer from service label)

7001 0360 0003 2817 9362

PS Form 3811, August 2001      Domestic Return Receipt      102595-01-M-2509

---

UNITED STATES POSTAL SERVICE

‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JM Iszkowski

**GIBBS & BRUNS, L.L.P.**
Attorneys At Law
1100 Louisiana, Suite 5300
Houston, Texas 77002

53343-1
10/27/06

020   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**EXHIBIT**

**A**



# The State of Texas

## Secretary of State

2007-128230-4

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's First Amended Original Petition in the cause styled:

Russian Energy Advisors LLC VS Atlas Petroleum International Limited
334th Judicial District Court Of Harris County, Texas
200655176

was received by this office on October 31, 2006, and that a copy was forwarded on November 6, 2006, by REGISTERED MAIL, return receipt requested to:

Atlas Petroleum International Limited
4 Akin Olugbade Street
Offidowu Martins Street
Victoria Island
Lagos
Nigeria

Date issued: November 6, 2006

Roger Williams

Roger Williams
Secretary of State
ST/vo

**EXHIBIT**

B



I, Charles Bacarisse, District Clerk of Harris
County, Texas, certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____December 15, 2006_____

Certified Document Number: ____25262117__ (Total Pages 5)

CHARLES BACARISSE, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com